**Slip Op. 08-23**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

NORSK HYDRO CANADA INC.,

          Plaintiff,

      v.

UNITED STATES,

          Defendant,

      and

U.S. Magnesium, LLC,

          Defendant-
          Intervenor.

BEFORE: POGUE, JUDGE
Court No. 03-00828

**JUDGMENT**

Upon consideration of the Department of Commerce remand results filed in response to the Court's order of November 28, 2007, Plaintiff's comments, and all other pertinent papers, it is hereby

ORDERED that the remand results are sustained, and it is further

ORDERED that judgment is entered in favor of the United States.

               /s/ Donald C. Pogue
             Donald C. Pogue, Judge

Dated:    February 26, 2008
           New York, New York